

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2018

No. 04-18-00240-CV

**IN THE INTEREST OF R.L.L. III, ET AL., CHILDREN,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02373
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellant's Third Motion for Extension of Time to File Appellant's Brief is hereby GRANTED. Time is extended to August 13, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court